# Roundy's Supermarkets, Inc.
## POSITION DESCRIPTION

**POSITION TITLE:** Manager of People Services – Mariano's
**REPORTS TO:** Director of Human Resources IL
**GROUP:** Human Resources

### PRIMARY OBJECTIVE:
Responsible for all HR functions for the store. Acts as a HR Business Partner to the Store Management Team. Acts as a liaison/resource to all team members.

### COMPANY WIDE RESPONSIBILITIES
1. Follows all company and department policies and procedures.
2. Complies with federal and state regulations.
3. Encourages teamwork through cooperative interactions with co-workers.

### ESSENTIAL RESPONSIBILITIES
Essential responsibilities include the following. Other duties may be assigned.

1. **Talent Acquisition**
    - Manages the hiring needs of the store; ensures staffing levels are maintained while maintaining an adequate applicant pool.
    - Manages the Virtual Edge system for open positions, requisitions and applicant pool.
    - Maintains and updates labor profile on a weekly basis including new hires, terms, transfers and promotions.
    - Develops and maintains relationships within the local community (schools, colleges, organizations, etc.) to drive the applicant flow.
    - Maintains the Internal Job Postings process – postings for two weeks, timeliness of taking down, reposting when necessary, communicate openings to the team, accepting applications and assigning positions per guidelines.
    - Manages the Virtual Edge Applicant Tracking system. Ensures the Top Grading process is followed for the hiring of all new employees.
    - Conducts Top Grading Interviews.
    - Manages internal application process per company guidelines.
    - Handles transfers/promotions within new/ existing stores per established guidelines.
    - On boards all new hires in VE.
    - Coordinates New Hire Orientation.

2. **Engagement**
    - Interacts daily with all team members on the floor to ensure high morale, service levels, productivity and job satisfaction.
    - Drives and maintains the consistency of the Employee Recognition Program.
    - Leads the employee committee initiative.
    - Schedules regular touch-bases with new employees to ensure high morale, training levels and retention are maintained (15-30-60-90 day).
    - Organizes and coordinates regular events to improve employee morale.
    - Ensures every KP meeting includes the topic of people (development, staffing, relations, and morale) to ensure consistency and focus is maintained.
    - Schedule and organizes HR Days once a month to maintain employee engagement.
    - Manages and maintains positive relations with the labor union.
    - Handles all employee complaints and grievances.

- Completes Exit Interviewing including implementing and managing retention efforts while reducing employee turnover.

### 3. Talent Development
- Performs orientation and onboarding of all new hires.
- Coordinates new hire training schedules for all hires.
- Ensures all employees are completely certified for their hired position.
- Takes ownership of employee certification and recertification process.
- Ensures proper training is provided and integrity of the certification is maintained.
- Makes sure all employees are given equal opportunity to take additional training for skills and level development.
- Partners with department managers to develop bench strength and leads succession planning efforts.
- Manages performance evaluation process for all new (30 day) and existing employees (every 6 months).
- Maintains employee passports and updates training status records.

### 4. Administration
- Ensures HR policies and procedures are known and adhered to, including but not limited to; workforce management, time and attendance, criminal background checks, payroll, PeopleSoft management, performance management, exit interviews, employee benefits, labor contract, records retention. Personal file maintenance and unemployment claims.
- Handles and responds to Unemployment Claims on a timely basis.
- Reports on Employee Information as needed from PeopleSoft: certification, turnover, etc.
- Advises and ensures policies and practices are adhered to per the Company Handbook and the negotiated bargaining agreement.
- Administers coaching and discipline for all employees in a timely and consistent manner.
- Manages Employee Communication: maintains and updates employee boards; newsletters, etc.
- Ensures the organization and maintenance of the training work spaces.

## SUPERVISORY RESPONSIBILITIES
This job has no supervisory responsibilities.

## QUALIFICATIONS
To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

## EDUCATION AND/OR EXPERIENCE
Bachelor's Degree (BA or BS) from four-year college or university; one to three years related experience or training; or equivalent combination of education and experience. Human Resources experience preferred.

## MATHEMATICAL SKILLS
Ability to calculate figures and amounts such as discounts, interest, commissions, proportions, percentages, area, circumference, and volume. Ability to apply concepts of basic algebra and geometry.

## LANGUAGE SKILLS
Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals. Ability to write routine reports and correspondence. Ability to speak effectively before and interact with groups of customers or employees of organization. Ability to memorize lists and product ads.

## REASONING ABILITY
Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form.

## FUNCTIONAL REQUIREMENTS
This position requires frequent walking and standing, as well as frequent lifting/carrying of 10 - 25 lbs. Occasional turning, kneeling, reaching, squatting, and stooping/bending are required. This position requires occasional lifting/carrying of up to 55 lbs., pushing/pulling of up to 200 lbs., and occasional operation of equipment in the customer service and pricing departments. Examples of equipment used are register, scanner, telephone, computer, flatbed, and shopping cart.

## WORKING CONDITIONS
Work is performed in a retail store environment where there is regular exposure to outdoor temperatures through the front end entrance, and occasional exposure to wet surfaces, refrigerated storage areas, damp or humid conditions, and heated surfaces. The noise level is moderate, consistent with a retail store environment, and does include occasional noise of power tools and equipment.

## IMPORTANT DISCLAIMER NOTICE:
The job duties, elements, responsibilities, skills, functions, experience, educational factors, and the requirements and conditions listed in this job description are representative only and not exhaustive of the tasks that an employee may be required to perform. The Employer reserves the right to revise this job description at any time and to require employees to perform other tasks as circumstances or conditions of its business, competitive considerations or the work environment change.

SIGNATURE: _____
Manager of People Services

DATE: 11/19/15

ROUNDYS_000032