DocuSign Envelope ID: 099F253C-42D3-463A-886F-76EA1C36B295

**BILLHORN LAW FIRM**                       53 W. Jackson Blvd.
                                            Suite 1137
                                            Chicago, IL 60604
                                            312-853-1450

# CONSENT TO BE PARTY-PLAINTIFF

This CONSENT TO BE PARTY-PLAINTIFF, executed by Plaintiff  Uruja Razzak _____, hereby authorizes the Billhorn Law Firm to pursue back wages and other relief against **ROUNDY'S ILLINOIS, LLC., D/B/A MARIANO'S,** and by the signature below, Uruja Razzak _____, hereby consents to be a Party-Plaintiff in said lawsuit.

_[DocuSigned by: signature]_
—18EB75AEE0AD420...
CLIENT'S SIGNATURE

DATE: 8/1/2022 _____